## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT NEW HAVEN



GARY POWELL, GAIL POWELL

        Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC as
Servicer for DEUTSCHE BANK NATIONAL
TRUST COMPANY; LITTON LOAN
SERVICING LP; DOES 1-50.

        Defendants.

_____/

Case #: ___18cv 1879 – Jam___

**COMPLAINT AND JURY DEMAND**

FILED

2018 NOV 16  A 11: 41

U.S. DISTRICT COURT
NEW HAVEN CT.

      COMES NOW PLAINTIFFS, GARY POWELL and GAIL POWELL, (hereinafter also "POWELLS"), and for his Complaint in support of his action to Enjoin Foreclosure.

### JURISDICTION AND VENUE

      1.    Jurisdiction is appropriately laid in the United States District Court, District of Connecticut-New Haven pursuant to 28 USC 1331 as the claim in question is based upon a federal statute and Federal Question Jurisdiction.

      2.    Venue is appropriately laid in the District Court of Connecticut – New Haven pursuant to 28 USC 1391 (b)(2) as the events giving rise to the claim occurred substantially within the State of Connecticut.

### PARTIES

      3.    Plaintiffs, Gary and Gail Powell ("POWELLS") are husband and wife owners and residents of the real property located at 32 Edgewood Drive Wallingford, CT 06492.

      4.    Defendant, Ocwen Loan Servicing, LLC ("Ocwen") is the mortgage servicing company responsible for soliciting, collecting and accounting for mortgage payments on the mortgage loan relating to Plaintiffs' home.  Defendant maintains its principal place of business at 1661 Worthington Rd STE 100 West Palm Beach, FL 33409-6493.

5.     Defendant, Litton Loan Servicing, LP was the prior mortgage servicer responsible for soliciting, collecting and accounting for mortgage payments on the mortgage loan relating to Plaintiffs' home.  Litton Loan Servicing, LP was bought out by Ocwen Loan Servicing, LLC in the summer of 2011.  An agent for service is unknown at this time but Litton was based in Houston, Texas.

6.     Defendant Ocwen Loan Servicing, LLC. is claiming an interest as a first mortgagee, is an international mortgage and banking corporation.

## FACTS RELATED TO ALL COUNTS

7.     Plaintiff re-alleges paragraphs 1-3 and incorporates same by reference.

8.     On May 31, 2002 Plaintiffs entered into a mortgage loan agreement with Accredited Home Lenders for $445,500.00 by executing a promissory note and a mortgage to secure the note on their residential property known as 32 Edgewood Drive Wallingford, CT.

9.     Due to unforeseen economic circumstances Plaintiffs defaulted on the mortgage loan.

10.     The Powells completed a series of Loan Modification trial periods from June 2008 through December 2011.  Although unknown at the time, Defendants were not applying the payments against Plaintiffs account.  As of today, Plaintiff is still unaware of the location of these funds.  Plaintiffs Mortgage statement did not reflect any posting of said payments against the principal balance of their mortgage.  Plaintiff did not receive a 1098 – Mortgage Interest Statement from either Litton or Ocwen for said payments.  See payment history below:

| Month/Year | Bank | Check Number | Payment Amount | |
|---|---|---|---|---|
| June 2008 | New Alliance | 400278029 | $ 3,661.98 | Mod I |
| August 2008 | New Alliance' | 2371 | 3,661.98 | Mod I |
| September 2008 | New Alliance | 2375 | 3,661.98 | Mod I |
| October 2008 | New Alliance' | 2382 | 4,005.43 | Mod I |
| November 2008 | New Alliance' | 2384 | 4,005.43 | Mod I |
| December 2008 | New Alliance' | 2386 | 4,005.43 | Mod I |
| | | | | |
| January 2009 | New Alliance' | 2388 | $ 4,005.43 | Mod I |
| February 2009 | New Alliance' | 2392 | 4,005.43 | Mod I |
| March 2009 | New Alliance' | 2394 | 4,005.43 | Mod I |
| April 2009 | New Alliance' | 2396 | 4,005.43 | Mod I |
| May 2009 | New Alliance' | 2402 | 4,005.43 | Mod I |
| June 2009 | New Alliance' | 2405 | 4,005.43 | Mod I |
| July 2009 | New Alliance' | 2406 | 2,195.85 | Trail Mod IA |
| August 2009 | New Alliance' | 2409 | 2,195.85 | Trail Mod IA |
| September 2009 | New Alliance' | 2412 | 2,195.85 | Trail Mod IA |
| October 2009 | New Alliance' | 2415 | 2,195.85 | Trail Mod IA |
| November 2009 | New Alliance' | 2418 | 2,195.85 | Trail Mod IA |
| December 2009 | Wachovia** | 6500 | 2,195.85 | Trail Mod IA |
| | | | | |
| January 2010 | Peoples Bank | 3355 | $ 2,195.85 | Trail Mod IA |
| February 2010 | Wachovia** | 6503 | 2,195.85 | Trail Mod IA |
| March 2010 | Wachovia** | 6505 | 2,195.85 | Trail Mod IA |
| April 2010 | Wachovia** | 6510 | 2,195.85 | Trail Mod IA |
| May 2010 | Wachovia** | 6515 | 2,195.85 | Trail Mod IA |
| June 2010 | Wachovia** | 6523 | 2,195.85 | Trail Mod IA |
| July 2010 | | | 2,447.95 | Trail Mod IB |
| August 2010 | | | 2,447.95 | Trail Mod IB |
| September 2010 | | | 2,447.95 | Trail Mod IB |
| October 2010 | New Alliance' | 2432 | 2,447.95 | Trail Mod IB |
| November 2010 | New Alliance* | | 2,447.95 | Trail Mod IB |
| December 2010 | New Alliance' | 2437 | 2,447.95 | Trail Mod IB |
| | | | | |
| January 2011 | New Alliance' | 2442 | $ 2,447.95 | Trail Mod IB |
| February 2011 | | | 2,447.95 | Trail Mod IB |
| March 2011 | New Alliance' | 2447 | 2,447.95 | Trail Mod IB |
| April 2011 | New Alliance' | 2450 | 2,447.95 | Trail Mod IB |
| May 2011 | New Alliance' | 2451 | 2,447.95 | Trail Mod IB |
| June 2011 | New Alliance' | 2455 | 2,447.95 | Trail Mod IB |
| July 2011 | New Alliance' | 2458 | 2,447.95 | Trail Mod IB |
| August 2011 | New Alliance' | 2462 | 2,447.95 | Trail Mod IB |
| September 2011 | New Alliance' | 2468 | 2,447.95 | Trail Mod IB |
| October 2011 | | | 2,447.95 | Trail Mod IB |
| November 2011 | | | 2,447.95 | Trail Mod IB |
| December 2011 | | | 2,447.95 | Trail Mod IB |

Lender added an escrow shortage payment of $343.45 for taxes that they paid in August of 2008

11.   It should be noted that Plaintiff complied with all terms of the Trial Modifications and paid timely ALL mortgage payments under said Trial Plan yet were not extended a permanent agreement at any time before or after the loan transferred.

12.   Said mortgage was transferred on or around December of 2011. At which time, Ocwen began servicing the Powells mortgage. Ocwen did not accept the trial plan payments from Plaintiff and began an acceleration of their mortgage.

13.   Plaintiffs continued attempts at loan modifications with Ocwen unsuccessfully.

14.   In May of 2016, Defendant filed a Foreclosure Complaint against Plaintiffs seeking Court approval to accelerate the Note via Foreclosure Sale. Case Number NNH-CV16-6062358-S, New Haven Superior Court.

15.   The parties were referred to Court Supervised Mediation. From November 2016 through July 2017, the parties participated in 5 different mediation attempts. The parties reached an agreement in April of 2017 on a permanent modification once the 3 Trial Plan payments were made successfully. Mr. Powell requested clarification in regard to the escrow account (taxes & insurance) which were not addressed in the Loan Modification Trial Plan Offer (See attached as Exhibit A). Counsel for Deutsche stated to the Court that the Modification did include the escrow payments and that a corrected Agreement would be forwarded to reflect that. Mr. Powell agreed to make said Trial Plan payments once he received the corrected documents.

16.   Defendants did not correct the documents. Instead, Defendant filed a Motion for Judgment. Defendants continued to push for the Foreclosure instead of honoring the agreement made in Mediation in April of 2017. (See attached as Exhibit B)

17.   To date, Defendants have failed to provide Plaintiffs with the corrected documents as they stated back in April of 2017.

18.   Plaintiff relied on Ocwen's representations exclusively and made all attempts to stay in contact with Ocwen's Loan Modification Department.

19.     Despite repeated attempts by Plaintiff to work with Defendants, Ocwen is proceeding with the foreclosure.

20.     Plaintiffs property is currently scheduled for Foreclosure sale on January 12, 2019.

## COUNT I – Violation of the Fair Debt Collection Practices Act 15 USC 1692 et seq.

21.     Plaintiff re-alleges paragraphs 1-3, 7-21 and incorporates same by reference.

22.     Plaintiff are consumers as that term is denied by 15 USC 1692a (3).

23.     The mortgage loan that is the subject of this litigation is a debt as that term is defined by 15 USC 1692a (5).

26.     Defendant Ocwen is a debt collector as that term is defined by 15 USC 1692a (6).

27.     Any Exhibits provided in regard to loan modifications are "communications" as defined by USC 1692a (2).

28.     Ocwen violated 15 USC 1692d by engaging in debt collection conduct having the natural consequence to harass, oppress and/or abuse Plaintiffs.

29.     Defendants (ALL) did not apply payments made to the mortgage entities against the loan to cure the arrears of the loan in a timely manner, as required under the Modification and Partial claim procedure.

30.     Defendants sent debt collection letters and notices which threatened to foreclosure on Plaintiffs home while they were current and making payments in a trial plan.

31.     Defendants failed to apply loan payments made under the Modification as of the date received pursuant to 15 USC 1639(f).

32.     Defendants regularly sent Plaintiffs mortgage bills with the wrong interest rate and demands for payment in excess of the amount owed under the Modification.

33.     Defendants violated 15 USC 1692e by using false, deceptive, and/or misleading representations or means in connection with the collection of the debt.  They prayed on the vulnerability of its' clients to obtain monies in connection with the mortgage.

34.     Communications sent by Defendants included false representations of the character, amount and/or legal status of the debt that is the subject of this litigation.

35.     Said Communications use false representations and/or deceptive means in an attempt to collect a debt.

36.     Defendants violated 15 USC 1692f by using unfair and/or unconscionable means to collect upon or attempt to collect upon Plaintiffs' debt.

37.     The communications sent by Defendants to Plaintiff seek to collect an amount not expressly authorized by agreement or law.

38.     Defendants induced Plaintiff to execute a Modification without properly applying the Trial Plan Payments against the Mortgage and providing inaccurate account balances on said documents.

39.     Defendants failed to apply loan payments made under the modification as of the date received pursuant to 15 USC 1639 (f).

40.     Defendants wrongdoing identified in this Complaint is intended to place Defendants on notice of its actions and is not an exhaustive list of wrongdoing.  It is anticipated additional violations of the Fair Debt Collections Practices Act and further Causes of Actions will be discovered.

41.     As a result of the actions of Defendants, Plaintiffs have suffered damages.

42.     As a result of the actions of Defendants, Plaintiffs are entitled to all relief under 15 USC 1692k including but not limited to statutory damages, actual damages, attorney fees and costs of suit.

### COUNT II – Violation of the Truth in Lending Act 15 USC 1631 et seq.

43.     Plaintiff re-alleges paragraphs 1-3, 7-42 and incorporates same by reference.

44.     The Truth in Lending Act 15 USC 1639f (a) requires loan servicers and lenders to "credit a payment to the consumer's loan account as of the date of receipt…".

45.     All Mortgage Statements show that Defendants have failed to do so.

46.     Defendants further charged late fees and/or penalties in connection with their own failure to timely credit payments.

47.     As a result of Defendants actions, Plaintiffs have been injured.   A true reflection of that total injury is unknown currently but is discoverable.

48.     Plaintiffs are entitled to all relief under 15 USC 1640(a) including but not limited to statutory damages, actual damages, attorneys' fees and costs of suit.

### COUNT III - BREACH OF CONTRACT & BREACH OF GOOD FAITH AND FAIR DEALING

49.     Plaintiff re-alleges paragraphs 1-3, 7-48 and incorporates same by reference.

50.      Implied in the contract between parties to a mortgage is an obligation of **good faith and fair dealing** that neither party will do anything having the effect of destroying or injuring the rights of the other party to receive the fruits of the contract.

51.     Defendants assert a mortgage contract to which the parties were bound.

52.     In that contract were Defendants' duties and provisions that included Defendants' responsibility to service the loans they allegedly held.

53.     Defendants breached their duties in servicing the loan transaction, refusing to properly service the transaction and in so doing, mislead Plaintiff severely.

54.     Defendants breached their obligation of good faith by not explaining the terms of the loan modification transaction and options to Plaintiff, and in not properly

explaining or servicing the provisions creating a false transaction when Plaintiff tendered monies, information, and applications at request of Defendants and/or their predecessors.

55.     Since Defendants breached their contract and obligation of good faith and fair dealing, the contract between Plaintiff and Defendant is void and/or voidable.

## COUNT IV - ESTOPPEL/UNCLEAN HANDS

56.     Defendants re-allege and incorporate paragraphs 1-3, 7-55, herein.

57.     Defendants breaches and material misrepresentations have caused irreparable harm to Plaintiff and constitute unclean hands on the part of Defendants.

58.     Defendants and/or predecessors have been and/or will be unjustly enriched through the taking of monies through alleged and proposed transactions upon which Plaintiffs reasonably relied.   Plaintiff also reasonably relied on Defendant's servicing and working out loan modifications with Plaintiff as have in their course of prior dealing.

59.     Plaintiff may have benefitted also by Federal Loan Workout Programs such as HAMP/TARP to which Plaintiff relied upon being able to avail themselves of.

60.     Plaintiff did, in fact, reasonably rely on Defendant's representations and conduct before, during, and after the purported closing to the substantial detriment of Plaintiff.

61.     Plaintiff, in fact, relied upon both sets of material representations to their detriment—their home remains far from the value it was when the transaction began, and now faces foreclosure.

62.     Defendants represented they would foster an opportunity in which to modify this loan transaction to which they relied, and until such time the Defendants should be estopped from proceeding in foreclosure as a result.

## COUNT V – ACCOUNTING

63.     Defendants re-allege and incorporate paragraphs 1-3, 7-63, herein.

64.     Defendants have not only misled Plaintiff with promises of modifications, principal deferments, etc. but have also miscalculated amounts owed by Plaintiff.  Attached hereto as Exhibit C is Plaintiffs analysis of escrow monies paid by Plaintiff directly to the Insurance and Tax Collector, Escrow payments made as a part of the Loan Modifications and payments collected from the lender for so called "Escrow Shortages".  What this report will show is that Defendants were collecting exuberant fees for Escrow payments there weren't making.

65.     Defendants continued charging Plaintiffs fees and penalties on Escrow payments that had been previously paid by Plaintiff.

66.     This issue lends further suspicion of other erroneous fees being charged by Defendants for items previously paid.

67.     The reporting of the fees paid by Plaintiff were not properly reflected on Statements or Plaintiffs 1098 Mortgage Interest Statement which calls in to question a possible Title 26 issue with the IRS.

## COUNT VI – FRAUD

68.     Defendants re-allege and incorporate paragraphs 1-3, 7-68, herein.

69.     As evidence in the attached series of Mortgage Statements (Exhibit D), Defendants have continuously misrepresented the loan balance, escrow accounts, escrow shortage, suspense account balance and fees being assessed on Plaintiffs mortgage.

70.     Defendants then issued 1098 Mortgage Statements showing a different accounting than what had been reported through monthly statements.

71.    It is the believe of Plaintiff that this misrepresentation by Defendant was intentional to cause confusion and frustration to Plaintiff.

72.    Plaintiff has not had a clear picture of the financial position of its' mortgage for the last 10 years of its' history.

73.    Plaintiffs assert that this is due to Defendants fraudulent acts of hiding and misappropriating Plaintiffs funds in an attempt to defraud not only its' clients but the IRS.

74.    In a recent search of Defendants Litigation cases, it was noted that this very same claim has been made repeatedly in other State and Federal Actions.  In addition, it should be noted that it was also included in several class action settlements.  Defendant was required to pay out to its' client's damages as a result of fraudulent activities on their loans.

75.    Plaintiff believes their loan has a significant amount of Fraud and believes the actual mortgage balance is MUCH less than Defendants claim.


**WHEREFORE**, Plaintiff requests this Honorable Court ENJOIN Defendants from foreclosure together with awarding any other relief in favor of Plaintiffs that this Court determines just and appropriate; and respectfully request this Court provide relief in the following manner:

(a)    Assume jurisdiction of this case;

(b)    Enjoin Defendants from mortgage foreclosure during the pendency of this action and permanently thereafter, from instituting, prosecuting or maintaining foreclosure proceedings on Plaintiff's property or from otherwise taking any steps to deprive Plaintiffs of ownership of that property;

(c)    Waive any Bond that may be required by Plaintiffs as Defendants' security interest is protected in the property;

(d)   Order Defendants to engage on the loss mitigation procedures Defendants offered such that Plaintiffs can recover;

(e)   Alternatively, Order Defendants to take all actions necessary to terminate any security interest in Plaintiff's property created under the transaction and that the Court declare the security interest void, including but not limited to the mortgage and note related to the closing Transaction herein above described;

(f)   Order the return to Plaintiffs of any money or property given by Plaintiff in expectation of loss mitigation and loan servicing, to anyone of Defendants' agents, including the Plaintiff, in connection with the transaction;

(g)   Order a Forensic accounting of Plaintiffs loan or in the alternative, reduce Plaintiffs Loan for all unnecessary fees, unexplained interest and charges from Defendant;

(h)   Award actual damages in an amount to be established at trial and/or evidentiary hearings that are now requested;

(i)   Award costs and reasonable attorneys' fees to Plaintiffs as applicable.

(j)   Award such other and further relief as the Court determines just and proper.


RESPECTFULLY SUBMITTED,


_____
Gary Powell, Pro Se Plaintiff


_____
Gail Powell, Pro Se Plaintiff


11

# EXHIBIT A
# MEDIATION REPORT

**FORECLOSURE MEDIATOR'S REPORT**
JD-CV-89 Rev. 7-13
C.G.S. □ 49-31n; P.A. 13-136

Judicial District of New Haven
**SUPERIOR COURT**
STATE OF CONNECTICUT **FILED**
**SUPERIOR COURT**
*www.jud.ct.gov*    JUL 31 2017

**CHIEF CLERK'S OFFICE**

COURT USE ONLY
FMRPT



| Name of Case | Docket Number | Return Date |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F V. POWELL, GARY L. | NNHCV166062358S | 5/24/2016 |

| Judicial District | Name of Mediator | Date Mediation Held |
|---|---|---|
| New Haven | Karen Zarkades | 7/31/2017 |

1. Did the parties engage in conduct consistent with the objectives of the mediation program?

Plaintiff ☒ Yes ☐ No If no, explain:

Defendant ☒ Yes ☐ No If no, explain: The Defendants, Gary Powell and Gail Powell were not present but were represented by counsel.

Did the parties possess the ability to mediate?

Plaintiff ☒ Yes ☐ No If no, explain:

Defendant ☒ Yes ☐ No If no, explain: through counsel.

2. Did the mortgagor submit a complete financial package to the mortgagee?    ☒ Yes ☐ No

If no, explain:

3. What foreclosure alternative has the mortgagor requested?

☒ Loan modification   ☐ Repayment   ☐ Reinstatement

☐ Short Sale   ☐ Deed-in-Lieu   ☐ Modification of sale date/law day

4. Has the mortgagor been previously evaluated for a similar request?    ☒ Yes ☐ No

If yes, prior to mediation ☒    In mediation ☐

If yes, has there been a change in circumstances since that evaluation?    ☒ Yes ☐ No

If yes, explain: Default on loan modification obtained in June 2008 (Defendant disputes that he defaulted on this modification); denial of assistance in June 2016 due to investor restriction to one modification over the lifetime of the loan.

5. Has the mortgagee responded to the mortgagor's request?    ☒ Yes ☐ No ☐ Not Applicable

Description of the response: ☒ Approval ☐ Denial

Explain: Approved for an Ocwen internal Streamline trial modification, initial trial payment due on 5/1/17.

Is the mediator aware of any material reason to disagree with that response?    ☐ Yes ☒ No

If yes, explain:

6. Has the mortgagor responded to the mortgagee's offer on a reasonably timely basis?    ☐ Yes ☒ No ☐ Not Applicable

Explain: At mediation on 4/21/17, the Borrower, Gary Powell was informed by Ocwen representative Richard Ryan via speaker phone, that the offered trial payment was inclusive of real estate taxes and hazard insurance, at which time Borrower verbally accepted the trial offer and the mediation period was extended to today's date. Borrower Gary Powell then made no trial payments.

7. Has the mortgagee requested additional information from the mortgagor?    ☐ Yes ☒ No

If yes, what are the stated reasons for the request and by what date must the

information be submitted so that all financials will remain current?

8. Has the mortgagor supplied, on a reasonably timely basis, additional information reasonably requested by the mortgagee?    ☐ Yes ☐ No ☒ Not Applicable

If no, reason:

9. Is information provided by the mortgagor still current for the mortgagee's review?    ☐ Yes ☒ No

If no, list the out-of-date information and the reason it is no longer current: trial modification offer has lapsed due to non-performance of the Borrower.

10. Has the mortgagee provided a reasonable explanation of a denial for the foreclosure alternative requested?    ☐ Yes ☐ No ☒ Not Applicable

113

NNHCV166062358S   Powell, G.                                Date Mediation Held: 7/31/2017

Is the mediator aware of any material reasons to disagree with the denial?          ☐ Yes ☐ No
If yes, explain:

11. Has the mortgagee complied with the statutory time frames for responding to requests for decisions?   ☒ Yes ☐ No
If no, explain:

12. Did the parties satisfy the expectations set forth in the previous report?
Plaintiff              ☒ Yes   ☐ No   ☐ Not Applicable
Defendant(s)       ☐ Yes   ☒ No   ☐ Not Applicable
If no, explain: <u>Borrower Gary Powell verbally accepted the lender's offer of trial modification at mediation on 4/21/17 after being reassured that the payment quoted included the monthly escrow portion, however, Borrower then made no payments on the trial plan.</u>

Is a subsequent mediation session expected to occur?          ☐ Yes ☐ No ☒ Don't Know
Describe the expectations for each party both prior to and for the next mediation session, if applicable:


13. Will the parties benefit from further mediation?                          ☐ Yes ☒ No
Additional comments:
<u>If Defendants file FMMOD, Plaintiff will Object.</u>

This report was delivered to each party to the mediation on:      7-31-17
                                                              (Date)

_Karen Zankal_                                    7-31-17
Mediator's Signature                                (Date)

Bendett & McHugh, P.C., 270 Farmington Avenue, Suite 151, Farmington, CT 06032 • TEL (860) 677-2868 • TDD/TTY PLEASE FIRST DIAL 711

DOCKET NO: NNH-CV-16-6062358-S   :   SUPERIOR COURT

DEUTSCHE BANK NATIONAL   :   J.D. OF NEW HAVEN
TRUST COMPANY, AS TRUSTEE
FOR MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2002-HE3

VS   :   AT NEW HAVEN

POWELL, GARY L., ET AL   :   SEP 0 1 2017

## MOTION FOR JUDGMENT OF STRICT FORECLOSURE AND FINDING OF ENTITLEMENT TO POSSESSION

The Plaintiff hereby moves that a Judgment of Strict Foreclosure be entered in the above-

captioned matter and that the court make a finding that the Plaintiff is entitled to possession of

the subject premises upon title to the subject premises vesting in Plaintiff.

THE PLAINTIFF,

By _____
Dina Tornheim
Bendett & McHugh, P.C.
Its Attorneys

**NOTICE:  THE LAW FIRM OF BENDETT & MCHUGH, P.C. IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED

# EXHIBIT B
# BANK'S MOTION FOR
# FORECLOSURE
# POST MEDIATION

Bendett & McHugh, P.C., 270 Farmington Avenue, Suite 151, Farmington, CT 06032 • TEL (860) 677-2868 • TDD/TTY PLEASE FIRST DIAL 711

| | | |
|---|---|---|
| DOCKET NO: NNH-CV-16-6062358-S | : | SUPERIOR COURT |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2002-HE3 | : | J.D. OF NEW HAVEN |
| VS | : | AT NEW HAVEN |
| POWELL, GARY L., ET AL | : | SEP 0 1 2017 |

### LIST OF ORDER OF LAW DAYS IN CONNECTION WITH MOTION FOR JUDGMENT OF STRICT FORECLOSURE

Pursuant to Practice Book Section 23-17, the Plaintiff hereby submits its proposed list of law days of the Defendants in the above-referenced matter:

1. Gary L. Powell and Gail M. Powell

2. United States of America, Department of the Treasury – Internal Revenue Services

3. LVNV Funding LLC

4. Title Vests in Plaintiff - next proceeding day

THE PLAINTIFF,

By _____
Dina Tornheim

Bendett & McHugh, P.C.
Its Attorneys

Bendett & McHugh, P.C., 270 Farmington Avenue, Suite 151, Farmington, CT 06032 • TEL (860) 677-2868 • TDD/TYY PLEASE FIRST DIAL 711

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on OCT 0 2 2017 _____ to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served, as follows:

WILLIAM E CARTER
658 BROAD STREET
MERIDEN, CT 06450

Alex J. Ricciardone
Commissioner of the Superior Court

Bendett & McHugh, P.C., 270 Farmington Avenue, Suite 151, Farmington, CT 06032 • TEL (860) 677-2868 • TDD/TYY PLEASE FIRST DIAL 711

## CERTIFICATION

I hereby certify that a copy of the above were mailed or electronically delivered on _____OCT 0 2 2017_____ to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served, as follows:

WILLIAM E CARTER
658 BROAD STREET
MERIDEN, CT 06450

Alex J. Ricciardone
Commissioner of the Superior Court

BENDETT & McHUGH

270 FARMINGTON AVENUE, SUITE 151 • FARMINGTON, CT 06032 • (860) 677-2868 • JURIS No. 102892

Main File No. 0615FC-20156359/ATI Page #9

2017-038572

# Desktop Underwriter Quantitative Analysis Appraisal Report

File No.   0615FC-20156359/ATI

APPRAISER'S CERTIFICATION:   The Appraiser certifies and agrees that:

1.   I performed this appraisal by (1) personally inspecting from the street the subject property and neighborhood and each of the comparable sales (unless I have otherwise indicated in this report that I also inspected the interior of the subject property); (2) collecting, confirming, and analyzing data from reliable public and/or private sources; and (3) reporting the results of my inspection and analysis in this summary appraisal report. I further certify that I have adequate information about the physical characteristics of the subject property and the comparable sales to develop this appraisal.

2.   I have researched and analyzed the comparable sales and offerings/listings in the subject market area and have reported the comparable sales in this report that are the best available for the subject property. I further certify that adequate comparable market data exists in the general market area to develop a reliable sales comparison analysis for the subject property.

3.   I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware, have considered these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them, and have commented about the effect of the adverse conditions on the marketability of the subject property. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

4.   I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

5.   I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

6.   I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

7.   I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

8.   I estimated the market value of the real property that is the subject of this report based on the sales comparison approach to value. I further certify that I considered the cost and income approaches to value, but, through mutual agreement with the client, did not develop them, unless I have noted otherwise in this report.

9.   I performed this appraisal as a limited appraisal, subject to the Departure Provision of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of the appraisal (unless I have otherwise indicated in this report that the appraisal is a complete appraisal, in which case, the Departure Provision does not apply).

10.   I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The exposure time associated with the estimate of market value for the subject property is consistent with the marketing time noted in the Neighborhood section of this report. The marketing period concluded for the subject property at the estimated market value is also consistent with the marketing time noted in the Neighborhood section.

11.   I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. I further certify that no one provided significant professional assistance to me in the development of this appraisal.

SUPERVISORY APPRAISER'S CERTIFICATION:   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have examined the appraisal report for compliance with the Uniform Standards of Professional Appraisal Practice, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 5 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature: _Glenn Chigmazia_ | Signature: |
| Name:   Glenn Chigmazia | Name: |
| Company Name:   L.M. Sepso Appraisal Associates, LLC | Company Name: |
| Company Address:   7365 Main Street, Ste 344 | Company Address: |
|       Stratford, CT 06614 | |
| Date of Report/Signature:   August 29, 2017 | Date of Report/Signature: |
| State Certification #:   RCR.0000122 | State Certification #: |
| or State License #: | or State License #: |
| State:   CT | State: |
| Expiration Date of Certification or License:   04/30/2018 | Expiration Date of Certification or License: |

ADDRESS OF PROPERTY APPRAISED:

32 Edgewood Dr

Wallingford, CT 06492

| APPRAISED VALUE OF SUBJECT PROPERTY $   385,000 |
| EFFECTIVE DATE OF APPRAISAL/INSPECTION   August 28, 2017 |

LENDER/CLIENT:

Name:

Company Name:   Benditt & McHugh, P.C.

Company Address:   270 Farmington Avenue  Suite 151, Building 3,
Farmington, CT 06032

SUPERVISORY APPRAISER:

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
☐ Did inspect interior and exterior of subject property

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street

Form 205 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0615FC-20156359/AT   Page #4

2017-038572

## Desktop Underwriter Quantitative Analysis Appraisal Report

File No.   0615FC-20156359/AT

**Project Information for PUDs**   (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes   ☐ No
Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit:
Total number of phases _____   Total number of units _____   Total number of units sold _____
Total number of units rented _____   Total number of units for sale _____   Data Source(s) _____
Was the project created by the conversion of existing buildings into a PUD?   ☐ Yes   ☐ No   If yes, date of conversion: _____
Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source _____
Are the common elements completed?   ☐ Yes   ☐ No   If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?   ☐ Yes   ☐ No   If yes, attach addendum describing rental terms and options
Describe common elements and recreational facilities: _____

**Project Information for Condominiums**   (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes   ☐ No
Provide the following information for all Condominium Projects:
Total number of phases _____   Total number of units _____   Total number of units sold _____
Total number of units rented _____   Total number of units for sale _____   Data Source(s) _____
Was the project created by the conversion of existing buildings into a condominium?   ☐ Yes   ☐ No   If yes, date of conversion: _____
Project Type:   ☐ Primary Residence   ☐ Second Home or Recreational   ☐ Row or Townhouse   ☐ Garden   ☐ Midrise   ☐ Highrise   ☐
Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed?   ☐ Yes   ☐ No   If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?   ☐ Yes   ☐ No   If yes, attach addendum describing rental terms and options
Describe common elements and recreational facilities: _____

**PURPOSE OF APPRAISAL:**   The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in a mortgage finance transaction.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.   Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:   (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions.   No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area;   these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.   Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.   Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**   The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.   The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.   The property is appraised on the basis of it being under responsible ownership.

2.   The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4.   The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.   Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property.   The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.   Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5.   The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.   The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6.   The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7.   The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.   The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.

9.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

Fannie Mae Form 2055   9-96

**FannieMae**

Sterling Appraisals (203)878-1730

Main File No. 0615FC-20156359/AT Page #3
2017-038572

## Desktop Underwriter Quantitative Analysis Appraisal Report

File No. 0615FC 20156359/AT

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.

| | | | |
|---|---|---|---|
| Property Address 32 Edgewood Dr | | City Wallingford | State CT  Zip Code 06492 |
| Legal Description  Volume 513, Page 3 | | | County  New Haven |
| Assessor's Parcel No.  P0466100 | | Tax Year 2016  R.E. Taxes $ 7,979.73 | Special Assessments $ 0 |
| Borrower N/A | Current Owner Powell, Gary L. | Occupant ☒ Owner ☐ Tenant ☐ Vacant |
| Neighborhood or Project Name  N/A | | Project Type ☐ PUD ☐ Condominium  HOA $  0 00 /Mo. |
| Sales Price $ N/A | Date of Sale N/A | Description / $ amount of loan charges/concessions to be paid by seller  N/A |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Map Reference 35/39 | Census Tract 1756.00 |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| | | | |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property values ☒ Increasing ☐ Stable ☐ Declining | Single family housing | Condominium housing |
| Built up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/supply ☐ Shortage ☒ In balance ☐ Over supply | PRICE  AGE  PRICE  AGE |
| Growth rate ☐ Rapid ☒ Stable ☐ Slow | Marketing time ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos. | $(000)  (yrs)  $(000)  (yrs) |
| | | 420  Low 15  N/A Low  N/A |
| Neighborhood boundaries  The subject neighborhood is bounded by Church Street (N), South Turnpike Road (E), | | 150 High 160  N/A High  N/A |
| Cheshire Road (S), and the Town of Cheshire (W). | | Predominant  Predominant |
| | | 230  60  N/A |

| | |
|---|---|
| Dimensions  See Attached Legal Description | Site area  0.42 acre  Shape  Irregular/Not adverse |
| Specific zoning classification and description  R18 (Residential) 18,000 sf minimum lot size. | |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal, attach description ☐ No zoning | |
| Highest and best use of subject property as improved (or as proposed per plans and specifications): ☒ Present use ☐ Other use, attach description. | |

| Utilities | Public | Other | Public | Other | Off-site improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | Street | Macadam | ☒ | ☐ |
| Gas | ☒ | | Sanitary sewer | ☒ | Alley | None | ☐ | ☐ |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? ☐ Yes ☒ No  If Yes, attach description.

| | |
|---|---|
| Source(s) used for physical characteristics of property: ☐ Interior and exterior inspection ☒ Exterior inspection from street ☐ Previous appraisal files | |
| ☐ MLS ☒ Assessment and tax records ☐ Prior inspection ☐ Property owner ☐ Other (Describe): | |
| No. of Stories 2 | Type (Det./Att.) Detach  Exterior Walls Stucco  Roof Surface Asphalt Shingle  Manufactured Housing ☐ Yes ☒ No |
| Does the property generally conform to the neighborhood in terms of style, condition and construction materials? ☒ Yes ☐ No  If No, attach description. | |
| Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property? | |
| ☐ Yes ☒ No  If Yes, attach description | |
| Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of | |
| the subject property? ☐ Yes ☒ No  If Yes, attach description. | |

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.

My research revealed a total of ___3___ sales ranging in sales price from $ __340,000__ to $ __420,000__ .

My research revealed a total of ___6___ listings ranging in list price from $ __449,000__ to $ __580,000__ .

The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | 32 Edgewood Dr | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| Address  Wallingford, CT 06492 | | 390 Woodhouse Ave  Wallingford, CT 06492 | | 18 School House Rd  Wallingford, CT 06492 | | 124 Pierson Dr  Wallingford, CT 06492 | |
| Proximity to Subject | | 4.92 miles SE | | 2.19 miles SW | | 0.53 miles W | |
| Sales Price | $ N/A | $ | 340,000 | $ | 420,000 | $ | 420,000 |
| Price/Gross Living Area | $ | $ 111.26 /ft² | | $ 111.61 /ft² | | $ 138.99 /ft² | |
| Data & Verification Sources | | Ext. Inspect./MLS:V 1568, P 281 | | Ext. Inspect./MLS:V 1568 P 748 | | Ext. Inspect./MLS:V 1561 P 796 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | None Disclosed | | None Disclosed | | None Disclosed | |
| Date of Sale/Time | | 08/01/2017 | | 08/08/2017 | | 04/28/2017 | |
| Location | Average | Average | | Average | | Average | |
| Site | 0.42 acre | 2.48 acres | -10,000 | 3.25 acres | -14,000 | 0.97 acre | -3,000 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Colonial/Average | Colonial/Average | | Colonial/Average | | Colonial/Average | |
| Actual Age (Yrs.) | 34 Years | 20 Years | -1,500 | 62 Years | +3,000 | 17 Years | -1,500 |
| Condition | Average | Average | | Average | | Good | -30,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9  4  3 | 8  4  2.1 | +6,000 | 8  3  2.1 | +5,000 | 9  4  2.1 | +5,000 |
| Gross Living Area | 3,791 Sq. Ft. | 3,056 Sq. Ft. | +25,500 | 3,763 Sq. Ft. | 0 | 3,066 Sq. Ft. | +25,500 |
| Basement & Finished | No Basement | Full Basement | -15,000 | Full Basement | -15,000 | Full Basement | -15,000 |
| Rooms Below Grade | N/A | Unfinished | | Part Finish | -5,000 | Part Finish | -5,000 |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 5 Car Garage | -9,000 | 2 Car Garage | |
| Amenities | 2FP | 1 FP | +22,000 | Shed,1,WD,Par,2FP | 0 | WD, 2 FP | +16,000 |
| Subt and/Wide DOM | $75,000 | DOM- 196 | | DOM- 20 | | DOM- 322 | |
| Net Adj. (total) | | ☒+ ☐- $ | 26,000 | ☐+ ☒- $ | -35,000 | ☐+ ☒- $ | -8,000 |
| Adjusted Sales Price of Comparables | | $ | 366,000 | $ | 385,000 | $ | 412,000 |
| Date of Prior Sale | None Within 3 Yrs | None Noted Within Past 1 Year | | None Noted Within Past 1 Year | | None Noted Within Past 1 Year | |
| Price of Prior Sale | $ | 0 $ | 0 | $ | 0 | $ | 0 |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables:  There are no known current

agreements of sale, options or listings of the subject property. There are no known current listings for the comparable sales used.

Summary of sales comparison and value conclusion  FOR PURPOSES OF THE REPORT, IT IS ASSUMED THE PROPERTY IS IN OVERALL AVERAGE

CONDITION, BASED ON INFORMATION FROM TOWN RECORDS AND THE EXTERIOR INSPECTION. The addenda attached to this report

(maps, photographs, general comments) are considered an integral part of this report and should remain attached to the report.  The report is not

considered complete without these attachments.  All comps are considered to be viable purchase alternatives to buyers in this market. See

Addendum.

This appraisal is made ☒ "as-is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or

☐ subject to the following repairs, alterations or conditions

BASED ON AN ☒ EXTERIOR INSPECTION FROM THE STREET OR AN ☐ INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL

PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $  385,000 , AS OF  August 28, 2017 .

Fannie Mae Form 2055  9-96

Form 205 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

EXHIBIT C

WILL BE FILED UNDER SEAL

GIVEN THE CONFIDENTIAL

INFORMATION PROVIDED

# EXHIBIT D
# MORTGAGE  STATEMENTS

 **Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

10963-000997-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 07/27/2009 |
| LOAN NUMBER | 0013365549 |
| **PAYMENT DUE DATE** | 12/01/09 |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

## PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone** 
(800) 999-8501
Press Option 3

**Western Union**
Code City:   Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 484,179.6 |
| ESCROW BALANCE | 0.0 |
| SUSPENSE BALANCE | 0.0 |
| CURRENT INTEREST RATE | 0.000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

6500

---

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492

 **WACHOVIA**
Wachovia Bank, N.A.
wachovia.com
51-110-211

12/7/2009

$   **2,195.85

PAY
TO THE     Litton Loan Servicing, LP
ORDER OF

Two Thousand One Hundred Ninety-Five and 85/100************************************************   DOLLARS

*Gary L. Powell*
AUTHORIZED SIGNATURE

MEMO     Loan # 13365549 Dec-2009

⑈00006500⑈ ⑆021101108⑆ 2000045871470⑈



**Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

10963-000997-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 07/27/2009 |
| LOAN NUMBER | 0013365549 |
| **PAYMENT DUE DATE** | 08/01/2009 |
| | 01/01/2010 |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

## PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union** WESTERN UNION
Code City:   Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 484,179.67 |
| ESCROW BALANCE | 0.00 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 0.0000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

---

TRANSACTION DATE

We are un

EXPENSE / FEE OTHER

GAIL M. POWELL
GARY L. POWELL
32 EDGEWOOD DRIVE
WALLINGFORD, CT. 06492

3355
51-7218-2211

Jan 4    20 09

Pay to the order of   Litton Loan Servicing    $ 2,195.85

Exactly Two thousand one hundred ninety   Dollars

PEOPLE'S UNITED BANK
PEOPLES.COM
For  loan # 13365549    Gail Powell

⑆2211721 86⑆   109  408 1038⑈  3355

---

Our records indicate that you have requested a loan modification and may be on a Trial Period Plan. Please refer to your Trial Period documents for additional information regarding the payment under the Trial Period. The payment terms disclosed do not reflect the contractual obligation. If you do not comply with the terms of the Trial Period Plan, the information in this statement will no longer be applicable to your loan.

LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY



**LLS** Litton Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 01/27/2010 02/27/2009 |
| LOAN NUMBER | 0013365549 |
| PAYMENT DUE DATE | 03/01/2009 2010 |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

10963-000997-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

---

### PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union** WESTERN UNION
Code City:   Litton
Code State:   Texas

### LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 484,179.67 |
| ESCROW BALANCE | 0.00 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 0.0000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

---

### TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|

We are unable to display any transactions that may have occurred since the last statement date at this time.

---

US MANAGEMENT CONSULTING GROUP, LLC
P.O. BOX 4302
WALLINGFORD, CT 06492

WACHOVIA
Wachovia Bank, N.A.
wachovia.com
51-110-211

650

2/7/2010

PAY
TO THE
ORDER OF    Litton Loan Servicing, LP                         $ **2,195.85

Two Thousand One Hundred Ninety-Five and 85/100*********************************************************************   DOLLARS

MEMO    Loan # 13365549  Feb-2010                              _Gary L. Powell_
                                                               AUTHORIZED SIGNATURE

⑈000650 3⑈ ⑊021101108⑊ 200004587147 0⑈



**LLS Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

3\1

46375-001558-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155

### MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 02/16/2010 |
| LOAN NUMBER | 0013365549 |
| **PAYMENT DUE DATE** | **03/01/2010** |

PROPERTY ADDRESS:  32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

### PAYMENT OPTIONS

### LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 481,612.30 |
| ESCROW BALANCE | 0.00 |
| ~~ICE BALANCE~~ | 0.00 |

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492

WACHOVIA
Wachovia Bank, N.A.
wachovia.com
51-110-211

65
6505

3/4/2010

PAY
TO THE
ORDER OF     Litton Loan Servicing, LP

Two Thousand One Hundred Ninety-Five and 85/100*************************************     $ **2,195.85

DOLLARS

MEMO     Loan # 13365549   Mar-2010

*Gary L. Powell*
AUTHORIZED SIGNATURE

⑆000006505⑆ ⑈021101108⑈ 20000458711470⑈

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS.  DO NOT STAPLE PAYMENT.

| LOAN NUMBER | PAYMENT AMOUNT | PAYMENT DATE | TOTAL AMOUNT DUE |
|---|---|---|---|
| 0013365549 | $2,195.85 | 03/01/2010 | ~~$6,587.55~~ |

GARY POWELL
GAIL POWELL

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX 77210-4387

☐ Please check box to indicate mailing
address/phone number/social security
number changes and enter changes
on back of coupon.

**ADDITIONAL AMOUNT(S) ENCLOSED**

| | |
|---|---|
| PRINCIPAL $ | 1,333.09 |
| ESCROW $ | 862.76 |
| OTHER $ | |
| TOTAL ENCLOSED $ | 2195.85 |

520133655498 0219585 0219585

 **Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387



## MONTHLY STATEMENT

STATEMENT DATE          03/15/2010
LOAN NUMBER             0013365549

**PAYMENT DUE DATE**     05/01/2010

PROPERTY ADDRESS:  32 Edgewood Drive
                   Wallingford CT 06492

46538-000942-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

PRINCIPAL AND INTEREST          1,333.09
ESCROW AMOUNT                     862.76
ADDITIONAL AMOUNT REQUIRED          0.00
MISCELLANEOUS

**TOTAL PAYMENT**               2,195.85

## PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:  Litton
Code State:  Texas

## LOAN INFORMATION

*PRINCIPAL BALANCE          481,612.30
ESCROW BALANCE                   0.00
SUSPENSE BALANCE                 0.00

CURRENT INTEREST RATE          2.0000

* This is not a payoff balance.

    Refer to back of statement for additional information.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION | TRANSACTION | TRANSACTION | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE |
|---|---|---|---|---|---|---|

6510

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com
51-110-211

4/1/2010

$  **2,195.85

THE                   Litton Loan Servicing, LP

DER OF

Two Thousand One Hundred Ninety-Five and 85/100************************************************************   DOLLARS

_Gary F. Powell_
AUTHORIZED SIGNATURE

EMO    Loan # 13365549   Apr-2010

⑆00006510⑆ ⑇021101108⑇ 2000045871470⑈

FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

 **Litton** Loan Servicing®

SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387



## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 04/15/2010 |
| LOAN NUMBER | 0013365549 |
| **PAYMENT DUE DATE** | **06/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

46710-000990-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

---

## PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 480,960.40 |
| ESCROW BALANCE | 0.00 |
| SUSPENSE BALANCE | 0.00 |

651

---

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com
51-110-211

5/4/2010

PAY
TO THE        Litton Loan Servicing, LP                                    $  **2,195.85
ORDER OF

Two Thousand One Hundred Ninety-Five and 85/100********************************************************        DOLLARS



AUTHORIZED SIGNATURE

MEMO        Loan # 13365549   May-2010

⑈000065⑈6⑈   ⑆021101108⑆ 200004587147011⑈

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS.  DO NOT STAPLE PAYMENT.

| LOAN NUMBER | PAYMENT AMOUNT | PAYMENT DATE | TOTAL AMOUNT DUE |
|---|---|---|---|
| 0013365549 | $2,195.85 | 06/01/2010 | $2,195.85 |

GARY POWELL
GAIL POWELL

**ADDITIONAL AMOUNT(S) ENCLOSED**

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX 77210-4387

☐ Please check box to indicate mailing
address/phone number/social security
number changes and enter changes
on back of coupon.

| | | |
|---|---|---|
| PRINCIPAL | $ | 1 3 3 3 . 0 9 |
| ESCROW | $ | 862.76 |
| OTHER | $ | |
| TOTAL ENCLOSED | $ | 2195.85 |

520133655498 0219585 0219585



**Litton Loan Servicing®**
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

6/1

## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 05/17/2010 |
| LOAN NUMBER | 0013365549 |
| **PAYMENT DUE DATE** | **07/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 1,333.09 |
| ESCROW AMOUNT | 862.76 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **2,195.85** |

46905-001006-001
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

## PAYMENT OPTIONS
Pay By Mail

## LOAN INFORMATION
*PRINCIPAL BALANCE          480,960.40

652

---

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com
51-110-211

6/3/2010

PAY
TO THE
ORDER OF          Litton Loan Servicing, LP                          $ **2,195.85

Two Thousand One Hundred Ninety-Five and 85/100************************************************************ DOLLARS

*Gary L. Powell*
AUTHORIZED SIGNATURE

MEMO          Loan # 13365549  June-2010

⑈000065 23⑈ ⑈0 2110 1108⑈ 20000 458 7147 0⑈

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS.  DO NOT STAPLE PAYMENT.

| LOAN NUMBER | PAYMENT AMOUNT | PAYMENT DATE | TOTAL AMOUNT DUE |
|---|---|---|---|
| 0013365549 | $2,195.85 | 07/01/2010 | $2,195.85 |

GARY POWELL
GAIL POWELL

**ADDITIONAL AMOUNT(S) ENCLOSED**

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX 77210-4387

☐ **Please check box to indicate mailing address/phone number/social security number changes and enter changes on back of coupon.**

| | |
|---|---|
| PRINCIPAL $ | 1333.09 |
| ESCROW $ | 862.76 |
| OTHER $ | |
| TOTAL ENCLOSED $ | 2195.85 |

520133655498 0219585 0219585

↓ TEAR HERE ↓

3001.0002.0630090927



**™Litton** Loan Servicing®

SEND PAYMENTS TO:
P.O. Box 4687
Houston, TX 77210-4387
www.littonloan.com

48254-024761-005
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

## BILLING STATEMENT

| | |
|---|---|
| STATEMENT DATE | 12/15/2010 |
| LOAN NUMBER | 0013365549 |
| **CONTRACTUAL DUE DATE** | **02/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,661.98 |
| ESCROW AMOUNT | 343.45 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **4,005.43** |
| LATE CHARGES DUE | 1,318.32 |
| OTHER FEES DUE | 101.00 |
| DEFERRED BALANCE | 0.00 |

## PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Phone**
(800) 999-8501
Press Option 3

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Western Union**
Code City:    Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 479,644.34 |
| ESCROW BALANCE | -8,587.39 |
| SUSPENSE BALANCE | 910.15 |
| CURRENT INTEREST RATE | 7.5000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

This in an attempt to collect your debt and any information obtained will be used for that purpose.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

---

**US MANAGEMENT CONSULTING GROUP,LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

243'

1/25/2011

PAY TO THE
ORDER OF   Litton Loan Servicing, LP                                    $**2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100************************************************************** DOLLARS

MEMO
   Loan # 13365549 Jan-2011

⑈"OO2437"⑈ ⑆:211170130⑈: 7000058132"⑈



™Litton Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com



**BILLING STATEMENT**

| | |
|---|---|
| STATEMENT DATE | 07/15/2010 |
| LOAN NUMBER | 0013365549 |
| **CONTRACTUAL DUE DATE** | **01/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
                    Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,661.98 |
| ESCROW AMOUNT | 343.45 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **4,005.43** |
| LATE CHARGES DUE | 219.72 |
| OTHER FEES DUE | 0.00 |
| DEFERRED BALANCE | 0.00 |

47287-025090-006
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155

---

## PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:    Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 480,304.42 |
| ESCROW BALANCE | -8,930.84 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 7.5000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

---

This in an attempt to collect your debt and any information obtained will be used for that purpose.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

---

2442

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

3/18/2011

PAY TO THE
ORDER OF   Litton Loan Servicing, LP                    $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100*********************************************************** DOLLARS

MEMO   Loan # 13365549 Mar-2011

⑈⑈002442⑈⑈ ⑈⑈211170130⑈⑈ 70000501132⑈⑈

3001.0008.0426060838



**™Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com

411

### BILLING STATEMENT

| | |
|---|---|
| STATEMENT DATE | 08/13/2010 |
| LOAN NUMBER | 0013365549 |
| **CONTRACTUAL DUE DATE** | **01/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,661.98 |
| ESCROW AMOUNT | 343.45 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **4,005.43** |
| LATE CHARGES DUE | 439.44 |
| OTHER FEES DUE | 0.00 |
| DEFERRED BALANCE | 0.00 |

47477-025185-006
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155

### PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:   Litton
Code State:  Texas

### LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 480,304.42 |
| ESCROW BALANCE | -8,930.84 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 7.5000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

This in an attempt to collect your debt and any information obtained will be used for that purpose.

### TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

We are unable to display any transactions that may have occurred since the last statement date at this time.  Please visit our website, www.littonloan.com where 12 months of history can be viewed.  If there are questions regarding the history please use our Contact Us page on the website for your convenience.

2447

**US MANAGEMENT CONSULTING GROUP, LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

5/9/2011

PAY TO THE
ORDER OF   Litton Loan Servicing, LP                                   $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100************************************************************** DOLLARS

MEMO   Loan # 13365549 May-2011

ıı⁚002447ıı⁚ ⁚211170130⁚ ⁚7000058132ıı⁚



**™Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com



## BILLING STATEMENT

| | |
|---|---|
| STATEMENT DATE | 08/13/2010 |
| LOAN NUMBER | 0013365549 |
| **CONTRACTUAL DUE DATE** | **01/01/2010** |

PROPERTY ADDRESS:   32 Edgewood Drive
Wallingford CT 06492

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,661.98 |
| ESCROW AMOUNT | 343.45 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **4,005.43** |
| LATE CHARGES DUE | 439.44 |
| OTHER FEES DUE | 0.00 |
| DEFERRED BALANCE | 0.00 |

47477-025185-006
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT   06492-2155

### PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:   Litton
Code State:  Texas

### LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 480,304.42 |
| ESCROW BALANCE | -8,930.84 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 7.5000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

2451

**US MANAGEMENT CONSULTING GROUP,LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

7/10/2011

PAY TO THE
ORDER OF___Litton Loan Servicing, LP_____  $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100************************************************************** DOLLARS

MEMO       ·· .an # 12265549 Jul 2011

*[signature] Gary L Powell*

MP

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS. DO NOT STAPLE PAYMENT.

| LOAN NUMBER | CURRENT PAYMENT AMOUNT | DUE DATE | TOTAL AMOUNT NOW DUE |
|---|---|---|---|
| 0013365549 | $4,005.43 | 09/01/2010 | $36,488.31 |

| | IF RECEIVED AFTER | LATE AMOUNT | ADDITIONAL AMOUNT(S) ENCLOSE |
|---|---|---|---|
| GARY POWELL GAIL POWELL | 09/16/2010 | $36,708.03 | |

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX  77210-4387

☐ **Please check box to indicate mailing address/phone number/social security number changes and enter changes on back of coupon.**

| | |
|---|---|
| PRINCIPAL | $ |
| ESCROW | $ |
| OTHER | $ |
| TOTAL ENCLOSED | $ 2447.2 |

520133655498 3670803 0400543



**™Litton** Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com



## BILLING STATEMENT

| | |
|---|---|
| STATEMENT DATE | 08/13/2010 |
| LOAN NUMBER | 0013365549 |
| **CONTRACTUAL DUE DATE** | **01/01/2010** |

47477-025185-006
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155

| PROPERTY ADDRESS: | 32 Edgewood Drive |
|---|---|
| | Wallingford CT 06492 |

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,661.98 |
| ESCROW AMOUNT | 343.45 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **4,005.43** |
| LATE CHARGES DUE | 439.44 |
| OTHER FEES DUE | 0.00 |
| DEFERRED BALANCE | 0.00 |

## PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:    Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 480,304.42 |
| ESCROW BALANCE | -8,930.84 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 7.5000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS.  DO NOT STAPLE PAYMENT.

| LOAN NUMBER | CURRENT PAYMENT AMOUNT | DUE DATE | TOTAL AMOUNT NOW DUE |
|---|---|---|---|
| 0013365549 | $4,005.43 | 09/01/2010 | $36,488.31 |
| | IF RECEIVED AFTER | LATE AMOUNT | ADDITIONAL AMOUNT(S) ENCLOSED |
| | 09/16/2010 | $36,708.03 | |

GARY POWELL
GAIL POWELL

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX 77210-4387

☐ Please check box to indicate mailing address/phone number/social security number changes and enter changes on back of coupon.

| | | |
|---|---|---|
| PRINCIPAL | $ | |
| ESCROW | $ | |
| OTHER | $ | |
| TOTAL ENCLOSED | $ | 2447.29 |

2455

**US MANAGEMENT CONSULTING GROUP,LLC**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

8/8/2011

PAY TO THE
ORDER OF    Litton Loan Servicing, LP                                        $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100*********************************************************************DOLLAR

MEMO    Loan # 13365549 Aug-2011

⑂"002455"⑂  ⑂211170130⑂  7000058132"

 ™Litton Loan Servicing®
SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com



**BILLING STATEMENT**

STATEMENT DATE                08/13/2010
LOAN NUMBER                   0013365549

**CONTRACTUAL DUE DATE       01/01/2010**

PROPERTY ADDRESS:   32 Edgewood Drive
                     Wallingford CT 06492

PRINCIPAL AND INTEREST                3,661.98
ESCROW AMOUNT                           343.45
ADDITIONAL AMOUNT REQUIRED                0.00
MISCELLANEOUS

**TOTAL MONTHLY PAYMENT               4,005.43**

LATE CHARGES DUE                        439.44
OTHER FEES DUE                            0.00
DEFERRED BALANCE                          0.00

47477-025185-006
GARY POWELL
GAIL POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155

**LOAN INFORMATION**

**US MANAGEMENT CONSULTING GROUP,LLC-**
            P.O. BOX 4302
        WALLINGFORD, CT 06492
          (203) 265-1771

2

NEWALLIANCE BANK
51-7013-2111

9/15/2011

PAY TO THE
ORDER OF   Litton Loan Servicing, LP                    $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100***************************************************DC

MEMO       Loan # 13365549 Sep-2011

⑈"002458⑈ ⑆211170130⑆ 700005813 2⑈

statement date at this time.
12 months of history can be viewed.  If there are questions regarding the
history please use our Contact Us page on the website for your convenience.

◊ TEAR HERE ◊

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS. DO NOT STAPLE PAYMENT.

| LOAN NUMBER | CURRENT PAYMENT AMOUNT | DUE DATE | TOTAL AMOUNT NOW DUE |
|---|---|---|---|
| 0013365549 | $4,005.43 | 09/01/2010 | $36,488.31 |

| | IF RECEIVED AFTER | LATE AMOUNT | ADDITIONAL AMOUNT(S) ENCLOS |
|---|---|---|---|
| | 09/16/2010 | $36,708.03 | |

GARY POWELL
GAIL POWELL

PRINCIPAL  $

ESCROW     $

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX  77210-4387

OTHER      $

☐ Please check box to indicate mailing
  address/phone number/social security
  number changes and enter changes
  on back of coupon.

TOTAL
ENCLOSED  $  2447 2

520133655498 3670803 0400543

WALLINGFORD, CT 06492
(203) 265-1771

7092 ンンンe ''

PAY TO THE
ORDER OF___ Litton Loan Servicing, LP  ITS  SUCCESSORS  AND/OR  ASSIGNS                    $ **2,447.29

____Two Thousand Four Hundred Forty-Seven and 29/100**************************************************************************
                                                                                                                    DOLLARS

SEP 2 8 REC'D

MEMO        Loan # 13365549 Sep-2011

                    Gary L Purcell

⑴"002458⑴"  ⑆211170130⑆  7000058132⑴"



**Ocwen Loan Servicing, LLC**
www.ocwen.com

NMLS # : 1852
NC Permit No. 3946

**CUSTOMER RELATIONS 1-800-746-2936**
*Your call may be recorded for the coaching
and development of our associates.*

12/06/09 13:30 4  0011809 20111221 GL49S104 OCWENST/M 1 OZ.DOM GL49S10000° 146931 MS

GARY POWELL
GAIL POWELL
32 EDGEWOOD DRIVE
WALLINGFORD CT  06492-2155

**Account Statement**

| | |
|---|---|
| **Account Number:** | 7092325641 |
| **Account Statement Date:** | 12/19/2011 |
| **Property Address:** | |
| 32 Edgewood Drive | |
| Wallingford CT 06492 | |

Page 1

**Special Notices**

Disasters can be inevitable, but the financial burden they bring is not. First
Protector pays your monthly mortgage if your home is unlivable after a
disaster. Call 1-877-479-3947 weekdays 8am - 8pm EST for more

---

2471

**US MANAGEMENT CONSULTING GROUP,LLC-**
P.O. BOX 4302
WALLINGFORD, CT 06492
(203) 265-1771

NEWALLIANCE BANK
51-7013-2111

2/1/2012

PAY TO THE
ORDER OF   Ocwen Loan Servicing, LLC                                     $ **2,447.29

Two Thousand Four Hundred Forty-Seven and 29/100*************************************************** DOLLAR

Ocwen Loan Servicing, LLC

MEMO   Loan # 7092325641  Jan-2012 Mtg Payment          *Gary J. Powell*

⑆002471⑆ ⑈211170130⑈ 700005813 2⑆

---

00077841609  4444444881  000007092325641 50 077621886

| | | GARY POWELL |
|---|---|---|
| **Payment Coupon** | | GAIL POWELL |
| | | **Account Number: 7092325641** |

☐ Check box if your contact information
has changed, update on the back

| | | |
|---|---|---|
| **AMOUNT DUE** | $ | 77,621.88 |
| If received after 01/16/2012 add Late Charge of: | $ | 219.72 |
| Total Amount Due with Late Charge: | $ | 77,841.60 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| **Total Enclosed:** | $ | *2447.29* |

**Note:** If your loan is current, any
excess funds will first be applied to
outstanding amounts due and then
additional principal.

If this payment is made via
automatic drafting, this statement
is for informational purposes only.

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

*See previous letter in file*

FOLD AND
DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

DETACH HERE

NMLS # : 1852
NC Permit No 3946
CUSTOMER RELATIONS 1-800-746-2936
Your call may be recorded for the coaching
and development of our associates.

GARY POWELL
GAIL POWELL
32 EDGEWOOD DRIVE
WALLINGFORD CT  06492-2155



| | |
|---|---|
| Account Number: | 709232564 |
| Account Statement Date: | 12/19/2011 |
| Property Address: | |
| 32 Edgewood Drive | |
| Wallingford CT 06492 | |

Page

## Special Notices

Disasters can be inevitable, but the financial burden they bring is not. First Protector pays your monthly mortgage if your home is unlivable after a disaster. Call 1-877-479-3947 weekdays 8am - 8pm EST for more

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 476,281.57 |
| Interest Rate: | 7.50000% |
| Next Payment Due Date: | 07/01/2010 |
| Escrow Advance Balance: | -6,870.14 |
| Current Suspense Balance: | 2,908.61 |
| Interest Paid Year-To-Date: | 2,981.02 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 476,962.53 |
| Principal Reductions Year-To-Date: | 680.96 |
| Escrow Deposits/Adjustments | -6,870.14 |
| Recently Assessed Amounts: | |
| November- 2011 Late Charges: | 183.10 |
| December- 2011 Late Charges: | 183.10 |
| 11/15/11 Property Inspection Fee: | 10.50 |
| 11/22/11 Certified Mail Cost: | 13.06 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 766.5 |
| Interest: | 2,895.4 |
| Escrow: | 343.4 |
| Less:Partial Payment Amount: | -2,908.6 |
| Current Amount Due by 01/01/12: | 1,096.8 |
| Past Due Amount: | |
| Principal: | 13,011.5 |
| Interest: | 52,904.0 |
| Escrow: | 6,182.1 |
| Past Due Amounts DUE IMMEDIATELY: | 72,097.7 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 4,028.2 |
| Prev-Certified Mail Cost: | 26.12 |
| Prev-Prior Servicer Fees: | 247.00 |
| Prev-Property Inspection Fee: | 21.00 |
| Prev-Property Valuation Expense: | 105.00 |
| Total Fees/Expense Outstanding: | 4,427.32 |
| Total Amount Due: | 77,621.88 |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| No transactions since last statement | | | | | | | | | |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Look for your 1098 and 1099 year end tax forms in the envelope of your January account statement.



OCWEN®

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

## Mortgage Account Statement

| Property Address | 32 Edgewood Dr<br>Wallingford, CT 06492 |
|---|---|

| Statement Date | 04/20/15 |
|---|---|
| Account Number | 7092325641 |
| Payment Due Date | 05/01/15 |
| **Amount Due** | **$242,175.73** |

If payment is received after 05/16/15, a $219.72 late fee will be charged.

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $475,596.35 |
| Escrow Balance | -$6,526.69 |
| Maturity Date | November 1, 2032 |
| Interest Rate | 7.50000% |
| Prepayment Penalty | No |

\* This is your Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $983.4 |
| Interest | $2,678.4 |
| Escrow | $343.4 |
| **Total Regular Payment** | **$4,005.4** |
| Past Due Payment(s) Amount | $237,235.8 |
| Fees/Other Charges | $2,284.9 |
| Unapplied Funds** | -$1,350.4 |
| **Total Amount Due** | **$242,175.7** |

### Activity Since Last Statement (04/17/13 to 04/20/15)

| | | | | | | How Payments & Charges were Applied | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
| 04/28/14 | | Charge - Property Inspection Fee | -$15.00 | | | | | | -$15.00 | |
| 06/18/14 | | Charge - Property Inspection Fee | -$15.00 | | | | | | -$15.00 | |
| 07/29/14 | | Charge - Property Inspection Fee | -$15.00 | | | | | | -$15.00 | |
| 09/02/14 | | Charge - Property Inspection Fee | -$15.00 | | | | | | -$15.00 | |
| 09/26/14 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,350.47 |

### Special Notices

### Important News



OCWEN

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155



## Mortgage Account Statement

| Property Address | 32 Edgewood Dr<br>Wallingford, CT 06492 |
|---|---|

| Statement Date | 05/20/15 |
|---|---|
| Account Number | 7092325641 |
| Payment Due Date | 06/01/15 |
| **Amount Due** | **$246,207.66** |

*If payment is received after 06/16/15, a $219.72 late fee will be charged.*

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

| Account Information | | Explanation of Amount Due | |
|---|---|---|---|
| Principal Balance* | $475,596.35 | Principal | $989.64 |
| Escrow Balance | -$6,526.69 | Interest | $2,672.34 |
| Maturity Date | November 1, 2032 | Escrow | $343.45 |
| Interest Rate | 7.50000% | **Total Regular Payment** | **$4,005.43** |
| Prepayment Penalty | No | Past Due Payment(s) Amount | $243,526.20 |
| | | Fees/Other Charges | $26.50 |
| | | Unapplied Funds** | -$1,350.47 |
| | | **Total Amount Due** | **$246,207.66** |

* This is the Principal Balance only, not the amount required to pay the loan in full.

### Activity Since Last Statement (04/20/15 to 05/20/15)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/15 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |
| 05/07/15 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Past Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,350.47 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Shahid Syed, your relationship manager, or schedule an appointment at www.ocwencustomers.com.



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | 32 Edgewood Dr<br>Wallingford, CT 06492 |
|---|---|

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT 06492-2155



| | |
|---|---|
| Statement Date | 10/16/15 |
| Account Number | 7092325641 |
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$266,660.26** |

If payment is received after 11/16/15, a $219.72 late fee will be charged.

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

---

| Account Information | |
|---|---|
| Principal Balance* | $475,596.35 |
| Escrow Balance | -$6,526.69 |
| Maturity Date | November 1, 2032 |
| Interest Rate | 7.50000% |
| Prepayment Penalty | No |

* This is the Principal Balance only, not the amount required to pay the loan in full.

| Explanation of Amount Due | |
|---|---|
| Principal | $1,020.96 |
| Interest | $2,641.02 |
| Escrow | $343.45 |
| **Total Regular Payment** | **$4,005.43** |
| Past Due Payment(s) Amount | $263,992.05 |
| Fees/Other Charges | $13.25 |
| Unapplied Funds** | -$1,350.47 |
| **Total Amount Due** | **$266,660.26** |

---

### Activity Since Last Statement (09/16/15 to 10/16/15)

| Date Applied | Date Received | Description | Transaction Total | How Payments & Charges were Applied | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
| 09/17/15 | | Late Charge Assessed | -$183.10 | | | | | -$183.10 | | |
| 10/14/15 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |

---

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $7.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,357.47 |

| Special Notices |
|---|
| |

---

### Important News

**Unapplied Funds:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that your monthly payment amount has changed to $4,205.88 effective 12/01/2015. Further detail regarding the reason for this change will be included in a separate letter.

Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.

If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Alien Lopez, your relationship manager, or schedule an appointment at www.ocwencustomers.com.



OCWEN

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

1/13/16 3:01 PM-3  0000296 20160118/LAHL0414 OCWST3I1 1 oz OCM LAHLO100001 100051 AIS

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT  06492-2155



## Mortgage Account Statement

| Property Address | 32 Edgewood Dr Wallingford, CT 06492 |
|---|---|
| Statement Date | 01/18/16 |
| Account Number | 7092325641 |
| Due Date | Due Now |
| Amount Due | $691,273.75 |
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $475,596.35 |
| Escrow Balance | -$6,526.69 |
| Maturity Date | November 1, 2032 |
| Interest Rate | 7.50000% |
| Prepayment Penalty | No |

* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $475,596.3 |
| Interest | $197,967.1 |
| Escrow Advance | $6,526.69 |
| Fees/Other Charges (Since Last Statement) | $295.00 |
| Past Due Fees/Other Charges | $12,239.0 |
| Unapplied Funds** | -$1,350.47 |
| **Total Amount Due** | **$691,273.75** |
| Alternative Payment – Reinstatement | |
| Reinstatement amount (as of 1/18/16) | $275,942.82 |

### Activity Since Last Statement (12/16/15 to 01/18/16)

| Date Applied | Date Received | Description | Transaction Total | How Payments & Charges were Applied | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
| 12/17/15 | | Late Charge Assessed | -$183.10 | | | | | -$183.10 | | |
| 01/06/16 | | Charge - Title Report Fee | -$295.00 | | | | | | -$295.00 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,350.47 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.



See reverse side for important information and state specific disclosures.



O C W E N

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com



## Mortgage Account Statement

| | |
|---|---|
| Property Address | 32 Edgewood Dr<br>Wallingford, CT 06492-2155 |

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT 06492-2155

| | |
|---|---|
| Statement Date | 02/17/16 |
| Account Number | 7092325641 |
| Due Date | Due Now |

| | |
|---|---|
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $475,596.35 |
| Escrow Balance | -$6,526.69 |
| Maturity Date | November 1, 2032 |
| Interest Rate | 7.50000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $475,596.35 |
| Interest | $200,840.56 |
| Escrow Advance | $6,526.69 |
| Fees/Other Charges (Since Last Statement) | $26.50 |
| Past Due Fees/Other Charges | $12,534.01 |
| Unapplied Funds** | -$1,350.47 |
| **Total Amount Due** | **$694,173.64** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 2/17/16) | **$280,175.20** |

### Activity Since Last Statement (01/18/16 to 02/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/16 | | Charge – Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |
| 02/16/16 | | Charge – Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,350.47 |

### Special Notices

### Important News

\*\*Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.

Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.



**O C W E N**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

0/13/16 10:25 AM 3  0024161 20150618 LF651107 OCWBTMT 1 ox OCWI LF651100001*146051.660

GARY L POWELL
GAIL M POWELL
7147 100TH AVE
C/O PATRICK M SUTTON
CLEAR LAKE MN  55319-9489



## Mortgage Account Statement

| Property Address | 32 Edgewood Dr |
| --- | --- |
| | Wallingford, CT  06492-2165 |

| Statement Date | 06/17/16 |
| --- | --- |
| Account Number | 7092325641 |
| Due Date | Due Now |
| **Amount Due** | **$709,078.35** |

| Customer Care | 800-746-2936 |
| --- | --- |
| Insurance | 866-317-7661 |

### Account Information

| | |
| --- | --- |
| Principal Balance* | $475,596.35 |
| Escrow Balance | -$7,281.94 |
| Maturity Date | November 1, 2032 |
| Interest Rate | 7.50000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
| --- | --- |
| Principal | $475,596.35 |
| Interest | $212,730.48 |
| Escrow Advance | $7,281.94 |
| Fees/Other Charges (Since Last Statement) | $2,233.04 |
| Past Due Fees/Other Charges | $12,587.01 |
| Unapplied Funds** | -$1,350.47 |
| **Total Amount Due** | **$709,078.35** |
| *Alternative Payment -- Reinstatement* | |
| Reinstatement amount (as of 6/17/16) | $299,258.26 |

### Activity Since Last Statement (05/17/16 to 06/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/23/16 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |
| 06/09/16 | | Charge - Additional Court Filing Co | -$350.00 | | | | | | -$350.00 | |
| 06/09/16 | | Charge - Miscellaneous Recording | -$53.00 | | | | | | -$53.00 | |
| 06/09/16 | | Charge - Lis Pendens/NOPA | -$63.00 | | | | | | -$63.00 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees/Other Charges | $0.00 | $0.00 |
| Unapplied Funds** | $0.00 | $1,350.47 |
| Total | $0.00 | $1,350.47 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal. Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.



See reverse side for important information and state specific disclosures.



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

O C W E N

www.ocwencustomers.com

## Mortgage Account Statement

| Property Address | 32 Edgewood Dr |
| --- | --- |
| | Wallingford, CT 06492-2155 |

| Statement Date | 04/17/18 |
| --- | --- |
| Account Number | 7092325641 |
| Due Date | Due Now |

Reinstatement Amount  $376,967.57
If payment is received after 05/16/18, a $10.00 late fee may be charged.

| Customer Care | 800-746-2936 |
| --- | --- |
| Insurance | 866-317-7661 |

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT 06492-2155



### Account Information

| | | | |
| --- | --- | --- | --- |
| Principal Balance* | $475,596.35 | | |
| Escrow Balance | -$7,281.94 | | |
| Maturity Date | November 1, 2032 | | |
| Interest Rate | 7.50000% | | |
| Prepayment Penalty | No | | |

### Explanation of Amount Due***

| | |
| --- | --- |
| Principal | $475,596.35 |
| Interest | $278,125.04 |
| Escrow Advance | $7,281.94 |
| Fees/Other Charges (Since Last Statement) | $659.50 |
| Past Due Fees/Other Charges | $17,542.30 |
| Unapplied Funds** | -$1,350.47 |
| **Total Amount Due** | $777,854.66 |
| *Alternative Payment – Reinstatement* | |
| Principal | $86,606.04 |
| Interest | $253,958.10 |
| Escrow Payment | $37,753.90 |

* This is the Principal Balance only, not the amount required to pay the loan in full. *** This balance may increase over time.

### Activity Since Last Statement (03/19/18 to 04/17/18)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/10/18 | | Charge - Property Inspection Fee | -$14.50 | | | | | | $14.50 | |
| | 04/11/18 | Charge - Additional Hourly/Court Appearance | -$645.00 | | | | | | $645.00 | |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes and/or Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,350.47 |
| Total | $.00 | $1,350.47 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments made are not applied to the mortgage account, but instead are held in a separate unapplied funds account. If the balance of a partial payment is paid, the funds will then be applied to the mortgage account.

Our records indicate the mortgage is in foreclosure. Accordingly, this statement may be for informational purposes only.

Payments received are to be applied in accordance with the mortgage documents. Payments will be first applied to bring the account contractually current. Any additional funds received will be applied to outstanding fees and advances, as applicable, prior to being applied to principal.

The mortgage has been accelerated (the past due balance, all fees, and the remaining principal balance is now due in full), this statement is not considered a payoff quote -- any additional fees and expenses that post to the account after the statement date, must still be paid. Any funds in the escrow account remain in the account, and have not been applied to the total amount due. Once the accelerated amount due is received, any escrow account overages will be returned within 20 days. This account can still be reinstated (bringing the account to a current

See reverse side for important information and state specific disclosures.



O C W E N

### Payment Coupon

| Reinstatement Amount | $376,967.57 |
| --- | --- |
| If late charge assessed after 05/16/18, add late charge of | $10.00 |
| Total Amount Due with Late Charge (if assessed) | $376,977.57 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

Note:  If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal

If this payment is made via automatic drafting, this statement is for informational purposes only

Gary L Powell
Account Number: 7092325641



OCWEN LOAN SERVICING, LLC
PO BOX 680264
DALLAS TX 75266-0264

1 00376977575 4444444881 000007092325641 50 376967576



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

O C W E N

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | 32 Edgewood Dr |
| | Wallingford, CT 06492-2155 |

| Statement Date | 04/17/18 |
| Account Number | 7092325641 |
| Due Date | Due Now |
| Reinstatement Amount | $376,967.57 |
| If payment is received after 05/16/18, a $10.00 late fee may be charged. | |

| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

---

| Account Information | | Explanation of Amount Due*** | |
|---|---|---|---|
| Principal Balance* | $475,896.36 | Unapplied Funds** | -$1,350.47 |
| Escrow Balance | $7,281.94 | Reinstatement amount (as of 4/17/18) | $376,967.57 |
| Maturity Date | November 1, 2032 | | |
| Interest Rate | 7.50000% | | |
| Prepayment Penalty | No | | |

\* This is the Principal Balance only, not the amount required to pay the
loan in full.  \*\*\*This balance may increase over time.

**Activity Since Last Statement (03/19/18 to 04/17/18)**

---

| Past Payments Breakdown | | | Special Notices |
|---|---|---|---|
| | Paid Last Period | Paid Year to Date | |
| Principal | $.00 | $.00 | |
| Interest | $.00 | $.00 | |
| Escrow (Taxes and/or Insurance) | $.00 | $.00 | |
| Fees/Other Charges | $.00 | $.00 | |
| Unapplied Funds** | $.00 | $1,350.47 | |
| Total | $.00 | $1,350.47 | |

**Important News**

status) and avoid foreclosure. The amount required to reinstate the mortgage account as of the date of this statement is listed above.
To reinstate the mortgage, a CERTIFIED payment (cashier's check, bank check, title check, attorney's escrow check or wire transfer) should
be sent. Any other methods of payment will be returned. Before sending any payment, we should be contacted to verify the amount needed
to pay off or reinstate the mortgage. If you have an attorney, please provide a copy of this statement to your attorney.
For any questions about the mortgage, please call 1-800-746-2936 and ask to set up an appointment with Shyra Montgomery, the account
relationship manager, or schedule an appointment at www.ocwencustomers.com

See reverse side for important information and state specific disclosures.

---



O C W E N

Payment Coupon

| | |
|---|---|
| **Reinstatement Amount** | $376,967.57 |
| If late charge assessed after 05/16/18, add late charge of | $10.00 |
| Total Amount Due with Late Charge (if assessed) | $376,977.57 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

Note: If the loan is current, any
excess funds will first be applied
to misleading amounts due and
then additional principal

If this payment is made via
automatic drafting, this statement
is for informational purposes only

Gary L Powell
Account Number: 7092325641

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

1 00376977575 4444444881 000007092325641 50 376967576



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners Is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Date: 04/18/18

Loan Number: 7092325641

GARY L POWELL
GAIL M POWELL
32 EDGEWOOD DR
WALLINGFORD CT 06492

Property Address

32 Edgewood Dr
Wallingford, CT 06492-2155

## ** DELINQUENCY NOTICE **

**You are late on your mortgage payments.** As 04/17/18 you are 2816 days delinquent on your mortgage loan.  Your account first became delinquent on 08/02/10.   Failure to bring your loan current may result in fees and foreclosure* - the loss of your home.

### Recent Account History

- Payment due 04/01/18 UNPAID AMOUNT OF $4,205.88
- Payment due 03/01/18 UNPAID AMOUNT OF $4,205.88
- Payment due 02/01/18 UNPAID AMOUNT OF $4,205.88
- Payment due 01/01/18 UNPAID AMOUNT OF $4,205.88
- Payment due 12/01/17 UNPAID AMOUNT OF $4,205.88
- Payment due 11/01/17 UNPAID AMOUNT OF $4,205.88

**Total: $376,967.57. You must pay this amount to bring your loan current. Please note that the Total Amount Due includes your next regular monthly payment.**

**This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.**

Your account has been referred to an attorney to foreclosure. The first step in this process, the first legal filing, has not yet been completed.

* If the loan has foreclosure protection provided under the Servicemembers Civil Relief Act (SCRA) or similar state law, Ocwen will not conduct foreclosure activity during the foreclosure protection period.

**If You Are Experiencing Financial Difficulty:** See the back of the billing statement for information about mortgage counseling or assistance.



NMLS # 1852

MADMRM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.   However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.   It is not intended as an attempt to collect a debt from you personally.